**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MARQUIDIA JOHNSON,   ) | |
| ) | |
|     **Plaintiff,**   ) | |
| ) | |
| vs.   ) | Case No. 13-CV-13829-S-RSW |
| ) | |
| STELLAR RECOVERY, INC.,   ) | |
| T-MOBILE USA, INC.,   ) | |
|     **Defendants.**   ) | |

### *PLAINTIFF AND DEFENDANT, STELLAR RECOVERY INC.'S JOINT JUDGMENT AND ORDER AS TO STELLAR RECOVERY, INC., ONLY*

The Court, being duly advised by the parties that Defendant Stellar Recovery, Inc. ("Stellar") made a Rule 68 Offer of Judgment to Plaintiff on November 18, 2014, (Doc #47) and Plaintiff accepted the same on December 3, 2014 (Doc #48), and based on the Court's Status Conference of December 4, 2014, the Court makes the following findings and enters Judgment as follows:

    1. Plaintiff alleges that Stellar violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq., the Michigan Occupational Code, M.C.L. § 339.901, the Michigan Collection Practices Act, M.C.L. § 445.251, and asserted a claim for invasion of privacy, stemming from Stellar's efforts to collect a debt from Plaintiff.

    2. Stellar denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and resolution of Plaintiff's claims and consents to a judgment being entered.

    3. Judgment shall be entered in favor of Plaintiff and against Stellar in the amount of $10,500.00, as damages for all of Plaintiff's claims against Stellar. This Judgment resolves all of Plaintiff's pending claims against Stellar.

4.     Plaintiff is also entitled to attorney's fees and costs, which will be determined between the parties or by this Court at a later date. Plaintiff shall file her Motion for Attorneys Fees by 1/5/2015. Defendant Stellar Recovery, Inc.'s response thereto is due by 1/20/2015. Plaintiff's reply thereto is due by 1/27/2015.

5.     This Judgment does not resolve Plaintiff's claims against Defendant T-Mobile USA, Inc., which remain pending.

Dated:  December 23, 2014              s/ Sean F. Cox
                                       Sean F. Cox
                                       U. S. District Judge


I hereby certify that on December 23, 2014, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                       s/ Jennifer McCoy
                                       Case Manager